■ In the Matter of the Arbitration between OSCAR A. BLITFIELD et al., Respondents, and WALTHAM ASSOCIATES, Appellant.— Judgment, Supreme Court, New York County, entered on February 19, 1971, unanimously affirmed; and that the respondents recover of the appellant $30 costs and disbursements of this appeal. (See *Matter of Agara Corp.* [*Low*], 19 A D 2d 126.) No opinion. Concur — Markewich, J. P., Kupferman, Murphy, McNally and Tilzer, JJ.